**Attachment to JS-44 Civil Cover Sheet: Defendants**

ALEXIS DANIEL,

Plaintiff, Pro Se,

v.

THE UNIVERSITY OF TENNESSEE AT CHATTANOOGA;

THE UNIVERSITY OF TENNESSEE BOARD OF TRUSTEES;

MARK WHARTON;

ANITRA BARRETT;

LAURA HERRON;

GRACIE THURSON;

LELAND MALLOY;

KEVIN RODRIGUEZ;

COLETTE MURRAY;

SARAH BUSEY;

EVAN WILSON