February 23, 2026

Clerk of Court
U.S. District Court, Eastern District of Tennessee
900 Georgia Avenue, Room 102
Chattanooga, TN 37402

1-26-CV-48

RECEIVED

FEB 2 6 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

RE: New Civil Action Filing – Alexis Daniel v. University of Tennessee at Chattanooga, et al.

Dear Clerk of Court:

Enclosed for filing please find the following documents to initiate a new civil action:

1. Civil Cover Sheet (Form JS 44).
2. Original Complaint for Civil Case, signed in blue ink.
3. Money Order $ 38103809782 in the amount of $405.00.
4. Summons in a Civil Action (Form AO 440)—Eleven (11) copies for individual defendants.
   - Alternative address versions for former employees included as noted.
5. One (1) full Conformed Copy of the entire filing package for stamping and return.
6. A Self-Addressed Stamped Envelope (SASE) for the return of the conformed copy.

Please file the original documents and return the conformed copy to me using the enclosed SASE. If there are any administrative issues or missing fees that prevent the filing of this action, please contact me immediately at (502) 264-2845 or alexismdaniel02@gmail.com .

Thank you for your assistance with this matter.

Sincerely,

Alexis Daniel

Alexis Daniel, Plaintiff Pro Se