

# U.S. District Court

## Tennessee Eastern - Chattanooga

Receipt Date: Feb 26, 2026 11:26AM

Alexis Daniel
1004 Timberwood Court
Coxs Creek, KY 40013

Rcpt. No: 100002301                Trans. Date: Feb 26, 2026 11:26AM                Cashier ID: #SC (2299)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| MO | Money Order | #38103809782 | 02/23/2026 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: Civil Case Complaint ; 1:26-cv-48 - Daniel v. UTC, et. al.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.