

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

PRIORITY MAIL EXPRESS POSTAGE REQUIRED

FOR DOMESTIC AND INTERNATIONAL USE

ABEL HERE

**UNITED STATES POSTAL SERVICE®**  Click-N-Ship®

usps.com
$29.10
US POSTAGE

9481 7301 0935 5000 9958 71 0291 0001 0003 7402

E

U.S. POSTAGE PAID

02/23/2026
1 lb 0 oz

Mailed from 40013  045652555093928

**PRIORITY MAIL EXPRESS®**

ALEXIS DANIEL
1004 TIMBERWOOD CT
COXS CREEK KY 40013-7753

Created 2026-02-22
Legal Flat Rate Envelope

RDC 07

C003

SIGNATURE REQUIRED

U.S. DISTRICT COURT
CLERK OF COURT
RM 309
900 GEORGIA AVE
CHATTANOOGA TN 37402-2259

**USPS TRACKING #**

9481 7301 0935 5000 9958 71

Eastern District of Tennessee

domestic

insurance (restrictions apply).**

) and select International destinations.
ils.

garding claims exclusions see the

RATION LABEL MAY BE REQUIRED.