# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| ALEXIS DANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00048-CLC-CHS |
| | ) | |
| THE UNIVERSITY OF TENNESSEE | ) | |
| AT CHATTANOOGA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO STAY PROCEEDINGS

Pursuant to the inherent power of the Court to control its docket, Plaintiff, proceeding *pro se*, respectfully moves this Court for a brief stay of all current proceedings and deadlines in this matter until August 31, 2026.

Pursuant to Local Rule 7.1 of the Eastern District of Tennessee, Plaintiff conferred with counsel for all Defendants by email on June 3, 2026, and June 8, 2026. Counsel for the Defendants declined to consent to this Motion at this time, indicating a preference to defer the issue of a stay to the upcoming Scheduling Conference on June 25, 2026. (attached as Exhibit A)

While Plaintiff acknowledges defense counsel's preference to address this matter informally at the upcoming conference, Plaintiff is mindful of E.D. Tenn. L.R. 83.13,

1

which mandates that *pro se* litigants strictly adhere to the Court's rules and procedures. Furthermore, this Court's published judicial preferences explicitly require that requests for Court action be made by formal motion or appropriate filing. Therefore, Plaintiff submits this formal Motion to properly place the request on the docket for the Court's consideration.

Plaintiff respectfully requests that the Court stay all pretrial deadlines and continue the Rule 16 Scheduling Conference currently set for June 25, 2026, for a period of 45-days to allow newly contacted counsel to finalize intake. Obtaining representation will ensure the efficient administration of justice and proper adherence to the Court's procedural requirements as this litigation progresses.

In support of this Motion, Plaintiff relies upon the contemporaneously filed Memorandum of Law.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order staying all deadlines and proceedings in this matter for a period of 45-days until August 31, 2026.

Respectfully submitted this 10th day of June, 2026.

/s/ Alexis M. Daniel

Alexis M. Daniel
Plaintiff, *Pro Se*
1004 Timberwood Court
Coxs Creek, KY 40013
(502) 264-2845
alexismdaniel02@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Paul E. Wehmeier
The University of Tennessee
Office of General Counsel
505 Summer Place – UT Tower 1108
Knoxville, TN 37902
(865) 974-2865
paulwehmeier@tennessee.edu

*Attorney for Defendants University of Tennessee at Chattanooga, University of Tennessee Board of Trustees, Mark Wharton, Anitra Barrett, Laura Herron, Gracie Thurson, Kevin Rodriguez, Leland Mallory, and Evan Wilson*

William H. Horton, Esq.
735 Broad Street, Suite 306
Chattanooga, Tennessee 37402
(423) 826-2640
whorton@hbplawfirm.com

*Attorney for Defendants Colette Murray and Sarah Busey*

/s/ Alexis M. Daniel

Alexis M. Daniel
Plaintiff, *Pro Se*

3