**Gmail**                                                    **Alexis Daniel <alexismdaniel02@gmail.com>**

# Revised Local Rule 7.1 Conferral: Motion to Stay in Daniel v. UTC (Case No. 1:26-cv-00048)

2 messages

---

**Alexis Daniel** <alexismdaniel02@gmail.com>                          Wed, Jun 3, 2026 at 10:56 AM
To: whorton@hbplawfirm.com, "Wehmeier, Paul" <paulwehmeier@tennessee.edu>
Cc: scrocker@hbplawfirm.com, "Garner, Diana" <dgarner2@utk.edu>, Alexis Daniel <alexismdaniel02@gmail.com>
Bcc: alexismdaniel2021@gmail.com

Mr. Horton and Mr. Wehmeier,

I am contacting you to confer regarding an anticipated need for a temporary stay of the current 45-day deadline established in the Court's June 2, 2026 Order.

Mr. Wehmeier, thank you for your prompt response this morning and for correctly noting the need to include all defense counsel. Please accept this unified communication to ensure all parties are appropriately involved in this conferral.

As I am currently proceeding pro se as the Plaintiff, I am actively working to secure legal counsel to ensure this case is litigated properly and efficiently. To allow adequate time to finalize representation, I am requesting a 45-day stay of all current deadlines. This would shift the current July 17, 2026 deadline to complete the magistrate judge consent form to a new deadline of August 31, 2026.

Would both of your respective clients be willing to consent to a motion to stay the current deadlines to August 31, 2026, while I obtain counsel?

If you and your respective clients are agreeable to this stay, I will prepare an Unopposed Motion to Stay for your review and anticipated approval. If your respective clients are unable to consent to this request, I will proceed with filing the appropriate motion for the Court's consideration. Consistent with standard practices in the Eastern District of Tennessee, allowing a pro se plaintiff adequate time to secure representation serves the interests of judicial economy and fairness to all parties involved.

Please let me know your respective positions by Monday, June 8, 2026, at 5:00 PM so that I may plan my filings accordingly.

I appreciate both of your time, professionalism, and attention to this matter.

Respectfully,

Alexis Daniel
*Plaintiff, Pro Se*
1004 Timberwood Court
Coxs Creek, KY 40013
(502) 264-2845
alexismdaniel02@gmail.com

---

**Wehmeier, Paul** <paulwehmeier@tennessee.edu>                          Mon, Jun 8, 2026 at 2:07 PM
To: Alexis Daniel <alexismdaniel02@gmail.com>
Cc: "scrocker@hbplawfirm.com" <scrocker@hbplawfirm.com>, "Garner, Diana" <dgarner2@utk.edu>, "whorton@hbplawfirm.com" <whorton@hbplawfirm.com>

Ms. Daniel,

Considering Judge Collier issued a notice of scheduling conference for 3:30 p.m. on Thursday, June 25, 2026, Bill Horton, counsel for Ms. Murray and Ms. Busey, and I have discussed that one appropriate time for you to raise the issue of your anticipated need for a stay would be during that conference.


Best,


Paul

Paul E. Wehmeier

Associate General Counsel



Office of the General Counsel

400 West Summit Hill Drive – UT Tower Suite 1155

Knoxville, Tennessee 37902

Voice: 865.974.2865

Email: paulwehmeier@tennessee.edu


Mailing Address:

505 Summer Place – UT Tower, #1155

Knoxville, Tennessee 37902


**This email, including any attachments, contains information that is confidential and may be protected by the attorney-client privilege, work product privilege, or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not an intended recipient, please delete this e-mail, including attachments, and notify me. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.**

[Quoted text hidden]