# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| ALEXIS DANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00048-CLC-CHS |
| | ) | |
| THE UNIVERSITY OF TENNESSEE | ) | |
| AT CHATTANOOGA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO STAY PROCEEDINGS

## I. LOCAL RULE 7.1 CONFERRAL CERTIFICATION

Pursuant to Local Rule 7.1 of the Eastern District of Tennessee, Plaintiff conferred with defense counsel Paul Wehmeier and William Horton regarding the relief requested in this Motion. Defense counsel communicated that they do not consent to this written Motion, stating their preference to instead defer the issue of a stay to the Scheduling Conference set for June 25, 2026.

However, E.D. Tenn. L.R. 83.13 explicitly holds *pro se* litigants to the standard of being familiar with and following the Federal Rules of Civil Procedure and the Local Rules. Because this Court's published procedures dictate that all requests for Court action must be made by formal motion, Plaintiff proceeds with this filing to ensure strict

procedural compliance and to properly notify the Court of the request prior to the Scheduling Conference.

## II. FACTUAL BACKGROUND

Plaintiff, Alexis M. Daniel, initiated this action unrepresented. On June 2, 2026, the Court entered an Order directing the parties to discuss consenting to the jurisdiction of the United States Magistrate Judge and to file a response within forty-five (45) days, establishing a deadline of July 17, 2026. Recognizing the immediate procedural obligations imposed by this Order, the complexities of federal litigation, and the precision required by this Court, Plaintiff is actively seeking to retain formal legal counsel.

A Notice of Scheduling Conference was subsequently issued for June 25, 2026. Plaintiff respectfully requests a brief stay of these proceedings until August 31, 2026, to successfully finalize legal representation.

## III. LEGAL STANDARD AND ARGUMENT

A district court possesses broad discretion and inherent power "to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Sixth Circuit has consistently reaffirmed this standard, noting that the power to stay requires the Court to exercise its judgment by weighing competing interests and maintaining an even balance. See *F.T.C. v. E.M.A. Nationwide, Inc.*, 767 F.3d 611, 627 (6th Cir. 2014). Furthermore, this Court has noted a general willingness to grant reasonable extensions that do not disrupt trial dates or dispositive motion schedules.

Good cause exists for the Court to grant a stay in this matter:

1. **Efficient Administration of Justice:** The introduction of legal counsel will streamline communications, ensure strict compliance with the Federal Rules of Civil Procedure and the Local Rules, and assist the Court in clearly defining the legal issues moving forward.

2. **Lack of Prejudice to Defendants:** This case is in its infancy. Defendants have only recently filed their Answers, and no trial date has been set. A brief pause until August 31, 2026, will not prejudice the Defendants, nor will it disrupt any established case management deadlines or risk the spoliation of evidence.

3. **Judicial Economy:** Granting a stay prevents the potential for procedurally deficient filings that often accompany *pro se* litigation, thereby conserving the Court's time and resources. The minor administrative pause is heavily outweighed by the long-term benefits of Plaintiff securing formal representation prior to the commencement of discovery.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant the Motion to Stay Proceedings and toll all current deadlines until August 31, 2026.

Respectfully submitted this 10th day of June, 2026.

/s/ Alexis M. Daniel

Alexis M. Daniel
Plaintiff, *Pro Se*
1004 Timberwood Court
Coxs Creek, KY 40013
(502) 264-2845
alexismdaniel02@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Paul E. Wehmeier
The University of Tennessee
Office of General Counsel
505 Summer Place – UT Tower 1108
Knoxville, TN 37902
(865) 974-2865
paulwehmeier@tennessee.edu

*Attorney for Defendants University of Tennessee at Chattanooga, University of Tennessee Board of Trustees, Mark Wharton, Anitra Barrett, Laura Herron, Gracie Thurson, Kevin Rodriguez, Leland Mallory, and Evan Wilson*

William H. Horton, Esq.
735 Broad Street, Suite 306
Chattanooga, Tennessee 37402
(423) 826-2640
whorton@hbplawfirm.com

*Attorney for Defendants Colette Murray and Sarah Busey*

/s/ Alexis M. Daniel
_____

Alexis M. Daniel
Plaintiff, *Pro Se*