UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

ALEXIS M. DANIEL,                            )
                                             )
            *Plaintiff*,                      )
                                             )   Case No. 1:26-CV-48
v.                                           )
                                             )   Judge Curtis L. Collier
UNIVERSITY OF TENNESSEE                      )
AT CHATTANOOGA, *et al.*,                     )
                                             )
            *Defendants*.                     )

## O R D E R

Before the Court is a motion and memorandum by Plaintiff, who is representing herself, seeking to stay this case until August 31, 2026, "to allow newly contacted counsel to finalize intake." (Doc. 31 at 2; Doc. 31-2.) Plaintiff has contacted counsel for Defendants about her request, who suggested the parties discuss it with the Court at the scheduling conference set for June 25, 2026. (*See* Doc. 31 at 1, Doc. 31-1 at 1–2.) Plaintiff has also filed a motion for leave to appear by telephone at the scheduling conference. (Doc. 32.)

Conducting a scheduling conference while a *pro se* party is actively seeking representation and asking for a relatively brief stay to do so risks wasting judicial and party resources without any significant benefit.

For good cause shown, the motion to stay (Doc. 31) is **GRANTED**. The case is **STAYED** until **August 31, 2026**. The scheduling conference is **CONTINUED** to **September 17, 2026**, at 2:00 p.m. Plaintiff's motion to appear by telephone (Doc. 32) is **DENIED AS MOOT**.

**SO ORDERED.**

**ENTER:**

<u>/s/</u>
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2